# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2021 KW 0805

VERSUS

CLEOPHA FREDERICK                                        **OCTOBER 5, 2021**

---

In Re:    Cleopha Frederick, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 62,878.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

> **VGW**
> **AHP**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT